[No. 24573-6-II.   Division Two.   December 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON D. NEARING, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-1-00523-1, David E. Foscue, J., entered April 12, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, J., and Williams, J. Pro Tem.

[No. 23668-1-II.   Division Two.   December 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA D. NICHOLAS, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00388-1, James B. Sawyer II, J., entered August 20, 1998. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Houghton, J.

[Nos. 24551-5-II; 24558-2-II.   Division Two.   December 15, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN EARL JAMES, *Appellant.*

Appeals from judgments of the Superior Court for Lewis County, Nos. 97-1-00511-1 and 98-1-00927-1, Richard L. Brosey, J., entered March 23, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Morgan, J. Now published at 104 Wn. App. 25.